UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS ESTRADA SANCHEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX, et al.,<br><br>Respondents. | No.  1:25-cv-01964-KES-SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AS MOOT<br><br>Docs. 1, 15 |

Petitioner Jose Luis Estrada Sanchez is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 18, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition for writ of habeas corpus.  Doc. 15.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within ten days after service.  Neither party has filed objections, and the time to do so has passed.[1]

---

[1] On March 23, 2026, petitioner filed a motion for temporary restraining order.  As the Court is ruling directly on the petition, the motion for temporary restraining order is denied as moot.

1

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on March 18, 2026, Doc. 15, are ADOPTED IN FULL;

2. The petition for writ of habeas corpus, Doc. 1, GRANTED;

3. The motion for temporary restraining order, Doc. 16, is DENIED as moot;

4. Respondents are ORDERED to provide petitioner Jose Luis Estrada Sanchez with a bond hearing before a neutral decisionmaker within seven (7) days of the date of this Order. Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 48 hours' written notice before the bond hearing. At that bond hearing, it is respondents' burden to demonstrate that petitioner is a flight risk or danger to the community by clear and convincing evidence. If respondents do not provide petitioner with a bond hearing within seven days, then respondents must release him.

5. Respondents are ORDERED to promptly provide petitioner with a copy of this Order.

6. The Clerk of Court is directed to close the case. The Clerk is directed to serve Golden State Annex with a copy of this Order.

IT IS SO ORDERED.

Dated:   April 2, 2026   

_____
UNITED STATES DISTRICT JUDGE

2